UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

RELATED CASE ORDER

A Notice of Related Case in a Criminal Action has been filed stating that the following cases are related within the meaning of Crim. L.R. 8-1(b):

**CR 05-027 MMC**    United States v. Earl Williams
**CR 10-482 CRB**    United States v. Earl Williams

**ORDER**

On the basis of the material submitted to the Court, I find that the cases:

[  ]    ARE NOT RELATED as defined by Crim. L.R. 8-1(b).

[  ]    ARE RELATED as defined by Crim. L.R. 8-1(b).  I find, however, that reassignment to me of the action(s) currently assigned to another judge is not warranted.

[ X ]    ARE RELATED as defined by Crim. L.R. 8-1(b).  The Clerk of Court is ordered to reassign the earlier-filed action to the undersigned.  Counsel are instructed that all future filings are to bear the initials **MMC** immediately after the case number.  All matters presently scheduled for hearing in the reassigned case(s) before a district court judge are vacated and must be renoticed for hearing before the undersigned.

DATED:  August 12, 2010

_____
UNITED STATES DISTRICT JUDGE