MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

CYNTHIA M. FREY (CABN 150571)
Assistant United States Attorney
   450 Golden Gate Ave., Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-7200
   Fax: (415) 436-7234
   E-Mail: cynthia.frey@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>    Plaintiff, )<br>)<br>  v. )<br>)<br>EARL WILLIAMS, )<br>)<br>    Defendant. )<br>_____ ) | No. CR 10-0482 MMC<br>    CR 05-0027 MMC<br><br>STIPULATION AND [PROPOSED]<br>ORDER TO CONTINUE STATUS<br>CONFERENCE<br><br>Current Date: January 26, 2011<br>Current Time: 2:30 p.m.<br><br>Proposed Date: February 9, 2011<br>Proposed Time: 2:30 p.m. |

    The defendant, Earl Williams, represented by Dan Blank, Assistant Federal Public Defender, and the government, represented by Owen Martikan, on behalf of Cynthia Frey, Assistant United States Attorney, appeared before the Court on December 2, 2010 for a competency hearing.  On December 2, 2010, this Court found the defendant competent to stand trial and ordered that the matter be continued to January 26, 2011 for a further status conference.  Due to a scheduling conflict on that date, the government requested a continuance of one week, to February 9, 2011.  The defendant and United States Probation Officer, Dan Zurita, have agreed to a continuance to February 9, 2011.  The court clerk confirmed that February 9, 2011 is

STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE
CR 10-0482 MMC and CR 05-0027 MMC

available.  The parties agree that good cause exists to continue the status conference to February 9, 2011.

A proposed order is attached hereto.

IT IS SO STIPULATED.

DATED: December 20, 2010                /s/
                                    CYNTHIA M. FREY
                                    Assistant United States Attorney

DATED: December 20, 2010                /s/
                                    DANIEL BLANK
                                    Attorney for EARL WILLIAMS

Based upon the above and for good cause shown, the date scheduled for the status conference for defendant, Earl Williams, currently scheduled for January 26, 2011, is vacated and is now scheduled for February 9, 2011 at 2:30 p.m.

IT IS SO ORDERED.

DATED: December 23, 2010            HONORABLE MAXINE M. CHESNEY
                                    United States District Judge

STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE
CR 10-0482 MMC and CR 05-0027 MMC