MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

CYNTHIA M. FREY (CABN 150571)
Assistant United States Attorney
   450 Golden Gate Ave., Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-7200
   Fax: (415) 436-7234
   E-Mail: cynthia.frey@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 10-0482 MMC |
| Plaintiff, | ) | |
| v. | ) | STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME FROM AUGUST 25, 2010 TO FEBRUARY 9, 2011 FROM CALCULATIONS UNDER THE SPEEDY TRIAL ACT (18 U.S.C. § 3161) |
| EARL WILLIAMS, | ) | |
| Defendant. | ) | |

The defendant, Earl Williams, represented by Dan Blank, Assistant Federal Public Defender, and the government, represented by Owen Cynthia Frey, Assistant United States Attorney, appeared before the Court on December 2, 2010 for a competency hearing. On December 2, 2010, this Court found the defendant competent to stand trial and ordered that the matter be continued to January 26, 2011 for a further status conference. The parties also recently stipulated to a one week continuance to February 9, 2011.

The parties agree that time should be excluded under the Speedy Trial Act between August 25, 2010 and September 29, 2010 under 18 U.S.C. § 3161(h)(1)(A) due to delay resulting

STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME
CR 10-0482 MMC

1  from any examinations to determine the mental capacity of the defendant.

2        The parties also agree that time should be excluded under the Speedy Trial Act between September 29, 2010 and February 9, 2010 for purposes of effective preparation of counsel, in order to provide defense counsel with adequate time to review the discovery and consult with the defendant. In addition, the defendant agrees to exclude for this period of time any time limits applicable under 18 U.S.C. § 3161. The parties represent that granting the continuance, in order to provide defense counsel with adequate time to review the discovery and consult with the defendant, is necessary for continuity of defense counsel and effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The parties also agree that the ends of justice served by granting such a continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

SO STIPULATED:

                                      MELINDA HAAG
                                      United States Attorney

DATED: December 20, 2010                  /s/
                                        CYNTHIA M. FREY
                                        Assistant United States Attorney

DATED: December 20, 2010                  /s/
                                        DANIEL BLANK
                                        Attorney for EARL WILLIAMS

1  Based upon the representations of counsel and for good cause shown, the Court finds that
2  the time between August 25, 2010 and September 29, 2010 is excludable under 18 U.S.C.
3  § 3161(h)(1)(A).
4  Based upon the representation of counsel and for good cause shown, the Court also finds
5  that failing to exclude the time between September 29, 2010 and February 9, 2011 would
6  unreasonably deny the defendant continuity of counsel and would deny counsel the reasonable
7  time necessary for effective preparation, taking into account the exercise of due diligence.  18
8  U.S.C. § 3161(h)(7)(B)(iv).  The Court further finds that the ends of justice served by excluding
9  the time between September 29, 2010 and February 9, 2011 from computation under the Speedy
10 Trial Act outweigh the best interests of the public and the defendant in a speedy trial.
11  Therefore, IT IS HEREBY ORDERED that the time between August 25, 2010 and
12 February 9, 2011 shall be excluded from computation under the Speedy Trial Act.  18 U.S.C.
13 §§ 3161(h)(1)(A), 3161(h)(7)(A) and 3161(h)(7)(B)(iv).

17 DATED: December 23, 2010

HONORABLE MAXINE M. CHESNEY
United States District Court Judge

STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME
CR 10-0482 MMC                                  -3-