STEVEN G. KALAR
Federal Public Defender
DANIEL BLANK
Assistant Federal Public Defender
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone:   415.436.7700
Facsimile:   415.436.7706
Email:        Daniel_Blank@fd,org

Counsel for Defendant Williams

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 10-482 |
| Plaintiff, | **RELEASE ORDER** |
| v. | |
| EARL WILLIAMS, | |
| Defendant. | |

Pursuant to the Court's oral order of August 24, 2016, it is hereby ORDERED that the Defendant be released from custody on August 25, 2016, by noon. The defendant is ordered to immediately report to the Oakland Probation Office upon release.

**IT IS SO ORDERED.**

August 25, 2016
Dated

MAXINE M. CHESNEY
United States District Judge

1