STEVEN G. KALAR
Federal Public Defender
DANIEL P. BLANK
Assistant Federal Public Defender
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: 415.436.7700
Facsimile: 415.436.7706
Daniel_Blank@fd.org

Counsel for Defendant WILLIAMS

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>EARL WILLIAMS,<br><br>    Defendant. | Case No. CR 10-0482 MMC<br><br>[~~PROPOSED~~] RELEASE ORDER |

FOR GOOD CAUSE ~~SHAWN~~ SHOWN, pursuant to the terms of his supervised release as discussed in open court on January 17, 2018, Defendant Earl Williams shall be released from custody on Wednesday, January 24, 2018, at ~~8:00 a.m. or~~ the ~~soonest~~ earliest hour practicable ~~time thereafter~~.

IT IS SO ORDERED.

January 18, 2018
Dated

_/s/ Maxine M. Chesney_
MAXINE M. CHESNEY
UNITED STATES DISTRICT JUDGE